AARON D. FORD
  Attorney General
DENNIS W. HOUGH, Bar No. 11995
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: (775) 684-1254
E-mail: dhough@ag.nv.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW J. KING,<br><br>     Plaintiff,<br><br>vs.<br><br>MICHAEL MINEV, et al.,<br><br>     Defendant. | Case No. 3:19-cv-00149-MMD-CBC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

It is hereby stipulated and agreed by and between Plaintiff, Matthew King, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Dennis Hough, Deputy Attorney General, that the above-captioned matter is dismissed with prejudice, and each party will bear their own attorney fees and costs.

_____
Matthew King #72688 Plaintiff
*Pro Se*

Dated: 8-14-19

AARON D. FORD
Attorney General

By: _____
Dennis Hough NVBAR # 11995)
Deputy Attorney General
Attorneys for Defendants

Dated: 8/15/19

IT IS SO ORDERED.

Dated: August 15, 2019.

_____
UNITED STATES DISTRICT JUDGE

1

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 15th day of August 2019, I caused to be deposited for mailing in the U.S. Mail a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL**, to the following:

Matthew King, #72688
Ely State Prison
P.O. Box 1989
Ely, NV 89301

*/s/ Perla Hernandez*
An employee of the
Office of the Attorney General